STUART F. DELERY
Acting Assistant Attorney General
Civil Division, U.S. Department of Justice

ELIZABETH J. STEVENS  VSBN 47445
Assistant Director, District Court Section
Office of Immigration Litigation

REGAN HILDEBRAND  MOBN 57438
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice
450 Fifth Street NW
Washington DC 20001
Phone: (202) 305-3797
Fax: (202) 616-8962
E-mail: Regan.Hildebrand@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEBESU TESFAY SEBHATU, ) | Case No. 3:12-cv-00775-NC |
| ) | |
| Plaintiff, ) | ~~PROPOSED~~ **ORDER RE:** |
| ) | **DEFENDANTS' OPPOSED MOTION** |
| v. ) | **TO REMAND TO UNITED STATES** |
| ) | **CITIZENSHIP AND IMMIGRATION** |
| ROBIN BARRETT, FIELD OFFICE ) | **SERVICES WITH INSTRUCTIONS** |
| DIRECTOR, UNITED STATES ) | **AND DECLARATION OF** |
| CITIZENSHIP AND ) | **RANDALL RICKS** |
| IMMIGRATION SERVICES; ET AL., ) | |
| ) | **Hearing Date: Wednesday, May 30, 2012** |
| Defendants. ) | **Hearing Time: 9:00 AM** |
| ) | |
| _____ | Immigration Case |

Having considered the parties' filings, this Court enters the following order:

1. The Case Management Statement due on May 23, 2012, is hereby VACATED.

2. The Case Management Conference scheduled for May 30, 2012, at 10:00 AM is hereby VACATED.

3. The motion hearing scheduled for May 30, 2012, at 9:00 AM is hereby VACATED.

4. Defendants' motion to remand is GRANTED.  This Court remands Plaintiff's N-400, Application for Naturalization, to United States Citizenship and Immigration Services

(USCIS) for adjudication. USCIS will adjudicate Plaintiff's N-400 within ninety (90) days of the date of this order.

Dated: May 14, 2012



Honorable Nathanael M. Cousins
Magistrate Judge of the United States
District Court, Northern District of
California

IT IS SO ORDERED
Judge Nathanael M. Cousins

Defendants' Opposed Motion to Remand
3:12-cv-00775-NC          2