STUART F. DELERY
Acting Assistant Attorney General
Civil Division, U.S. Department of Justice

ELIZABETH J. STEVENS  VSBN 47445
Assistant Director, District Court Section
Office of Immigration Litigation

REGAN HILDEBRAND  MOBN 57438
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice
450 Fifth Street NW
Washington DC 20001
Phone: (202) 305-3797
Fax: (202) 616-8962
E-mail: Regan.Hildebrand@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEBESU TESFAY SEBHATU, )<br><br>              Plaintiff, )<br><br>v. )<br><br>ROBIN BARRETT, FIELD OFFICE )<br>DIRECTOR, UNITED STATES )<br>CITIZENSHIP AND )<br>IMMIGRATION SERVICES; ET AL., )<br><br>              Defendants. )<br>_____ | **Case No. 3:12-cv-00775-NC**<br><br>~~PROPOSED~~ **ORDER RE:**<br>**DEFENDANTS' OPPOSED MOTION**<br>**TO REMAND TO UNITED STATES**<br>**CITIZENSHIP AND IMMIGRATION**<br>**SERVICES WITH INSTRUCTIONS**<br>**AND DECLARATION OF**<br>**RANDALL RICKS**<br><br>**Hearing Date:  Wednesday, May 30, 2012**<br>**Hearing Time:  9:00 AM**<br><br>Immigration Case |

Having considered the parties' filings, this Court enters the following order:

1.  The Case Management Statement due on May 23, 2012, is hereby VACATED.

2.  The Case Management Conference scheduled for May 30, 2012, at 10:00 AM is hereby
    VACATED.

3.  The motion hearing scheduled for May 30, 2012, at 9:00 AM is hereby VACATED.

4.  Defendants' motion to remand is GRANTED.  This Court remands Plaintiff's N-400,
    Application for Naturalization, to United States Citizenship and Immigration Services

1   (USCIS) for adjudication.  USCIS will adjudicate Plaintiff's N-400 within ninety (90) days

2   of the date of this order.

3   Dated: <u>May 14, 2012</u>          _____

4   Honorable Nathanael M. Cousins

5   Magistrate Judge of the United States

    District Court for the Northern District of

6   California



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Opposed Motion to Remand
3:12-cv-00775-NC                    2